FILED

2013 MAR -1 PM 3:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CORY PIERCE, Defendant. | CR No. 13-0142 |
| | INDICTMENT |
| | [18 U.S.C. § 666(a)(1)(B): Federal Program Bribery; 18 U.S.C. § 1951: Extortion] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The City of San Luis Obispo (the "City") was a local government located in the Central District of California. The San Luis Obispo Police Department (the "Police Department") was the City's law enforcement agency. The Police Department's responsibilities included enforcing state and local laws, including laws related to narcotics possession and distribution. The City received in excess of $10,000 under federal programs from February 4, 2012 to February 3, 2013.

2. The County of San Luis Obispo (the "County") was a local government located in the Central District of California. The San Luis Obispo County Sheriff's Office (the "Sheriff's Office") was the County's law enforcement agency. The Sheriff's Office operated a task force that was comprised of law enforcement officers from different law enforcement agencies in the area that enforced state and local narcotics laws. The County received in excess of $10,000 under federal programs from February 4, 2012 to February 3, 2013.

3. Defendant CORY PIERCE ("PIERCE") was a detective with the Police Department and was assigned to work on the task force with the Sheriff's Office. Based on this employment and assignment, defendant PIERCE was an agent of the City and the County.

4. Cooperating Witness 1 and Cooperating Witness 2 agreed to be law enforcement sources for defendant PIERCE after defendant PIERCE had arrested Cooperating Witness 2 for a narcotics offense.

5. These Introductory Allegations are hereby incorporated by reference into each count of this Indictment as though set forth fully therein.

COUNT ONE

[18 U.S.C. § 666(a)(1)(B)]

Beginning in or about March 2012 and continuing to on or about February 4, 2013, in San Luis Obispo County, within the Central District of California, defendant CORY PIERCE ("PIERCE"), an agent of the City and County, corruptly solicited, demanded, accepted, and agreed to accept, things of value from Cooperating Witness 1 and Cooperating Witness 2, namely, cash and controlled substances for his personal use, intending to be influenced and rewarded in connection with a business, a transaction, and a series of transactions of the City and County, having a thing of value of $5,000 or more, namely, defendant PIERCE's law enforcement efforts to assist cooperating witness 1 and cooperating witness 2.

COUNT TWO

[18 U.S.C. § 1951]

Beginning in or about March 2012 and continuing to on or about February 4, 2013, in San Luis Obispo County, within the Central District of California, defendant CORY PIERCE ("PIERCE") affected commerce, and attempted to do so, by extortion, in that defendant PIERCE obtained property, namely, cash and controlled substances for his personal use, from Cooperating Witness 1 and Cooperating Witness 2, with their consent, under color of official right.

A TRUE BILL

/S/

Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section

BRANDON D. FOX
Assistant United States Attorney
Public Corruption & Civil Rights Section