UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

FILED

Case Number __13-0142__   Defendant Number __1__
U.S.A. v. __Cory Pierce__   Year of Birth __1973__
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) __FBI__

2013 MAR -1 PM 3:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE
a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense __2/2012 to 2/2013__
c. County in which first offense occurred
   __San Luis Obispo__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☑ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____
   Citation of offense __18 U.S.C. 666 and 18 U.S.C. 1951__

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __2/4/2013__
   Case Number __13-0219M__
   Charging __18 U.S.C. 666__

The complaint:   ☑ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
IS THIS A NEW DEFENDANT ?   ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☐ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

## OTHER
- ☑ Male  ☐ Female
- ☑ U.S. Citizen  ☐ Alien
- Alias Name(s) _____

This defendant is charged in:  ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☑ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

## CUSTODY STATUS

**Defendant is not in custody:**
a. Date and time of arrest on complaint: 2/5/13 7:30 a.m.
b. Posted bond at complaint level on: 2/5/13 in the amount of $ $25,000 unsecured
c. PSA supervision?  ☑ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☑ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☑ No

**Defendant is in custody:**
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 2/19/2013

*Signature of Assistant U.S. Attorney*

Brandon Fox
*Print Name*